In The United States District Court
For The Middle District of Tennessee
Nashville Division

RECEIVED IN CLERK'S OFFICE
FEB 22 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Mell T. Bruton - Pro Se

vs

Williamson County

# 3:08-cv-00952 ORDER

The motion DENIED

## Petition To allow AMENDED Evidence Into Document Ferocious Attacks

Comes now petitioner Mell Bruton-pro se humbly represented by Court appointed esquire Jude T. Lenahan requesting Honourable Federal Court, allow amended evidence via AFFIDAVIT into documented ferocious attacks. Granted petitioner would via affidavit submit witness testimony **without notary** per "continuous" strange evil events transpire.

### *******AFFIDAVIT********

Comes now affiant Mickey Sester #242695 classmate of petitioner of the Davidson County Sheriff Dept. C.D.C. Save Program who testify as witness that Counselor of Save Program Lolita Johnson evicted Mell Bruton in front of all classmates on 12·15·10 because petitioner did not have all of his homework which was sabotaged (written on) and also stolen by where petitioner Bruton brought to Ms. Johnson's attention