In The United States District Court of Tennessee
For The Middle District at Nashville

Mell Bruton - Pro Se

vs

Williamson County

RECEIVED
JAN 2 5 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

Case # 3:08 cv 952

*[handwritten annotations: Owen / ~~motion to~~ / DENIED as moot / 3-30-11]*

Petition of Permission To Request Honourable Court To Move For Favourable MORE Than Fair Economical Resolution

Comes now petitioner Mell T. Bruton pro se indigent humbly represented by Court of Honor Federal Middle District Nashville, Tennessee Federal Public Defender's Office Jude T. Lenahan-Esquire respectfully request this High Honourable Federal Court if, be allowed by the Justices and, accepted seek to Proceed with a More Than Fair Petition For Economical Resolution.

Granted, petitioner state to the Court wish not Publicity, Notoriety of fame or, any special attention. However, because petitioner has been openly ridiculed and insulted before The Board of Professional Responsibility with the Supreme Court of Tennessee still comes passionately humbly requesting Justice.

Bearing appointed counsels [have] violated professional code of conduct, ethics, public offices, American Trust, Petitioner's Loyalty etc, etc, etc; wish to "submit" respectfully thus Petition.

Case 3:08-cv-00952  Document 47  Filed 01/25/11  Page 1 of 2 PageID #: 161

1.