In The United States District Court For Tennessee
at Nashville

RECEIVED
IN CLERK'S OFFICE
MAR 15 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Mell T. Bruton - Pro-Se

VS

No. 3:08-cv-00952

Williamson County

## Petition To Document Appointed Middle District Federal Defense Team Witheld Viable Evidence From Court and Client

Comes Mell T. Bruton-pro se represented by Court appointed Federal attorney Jude T. Lenahan, humbly before United States Justices to record on document appointed Federal Legal defense team Knowingly, purposely, to decieve witheld viable evidence from district Court and, client to assist adverse party. Petitioner will show...

1). Petitioner's document #43 "Request to Respond to Fraud"; Granted by Court lists request's for Counsel's file and transcripts "Ordered" 12·14·10.

   a). Petitioner personally corresponded via U.S. mail to Esquire Lenahan requesting "Status" and Copy of Transcript of hearing held 6·4·07 and, a Copy of Mr. Ravenall's investigation Report. (Dated February 13, 2011)

   b). Petitioner made request (3) times via fascimili dated 3/4/11.

2). Appointed counsel for Petitioner responds with (2) Memorandums one from Probation officer Helen Dean in Nashville and, two from Taz Farmer in Franklin demostrating clear evidence Williamson County was contacted on more than one occassion and, confirming Connie Martin committed perjury on the witness stand. All conveniently left out of report to District Court.

Additionally the report is clearly inaccurate stating both Farmer and Martin advocated on petitioners behalf November 6, 2007. Petitioner was incarcerated in T.D.O.C. from Williamson County 11/6/07 however, 11/6/06 Connie Martin did not advocate on Petitioners behalf., "Community Corrections" in Nashville advocated on petitioner's behalf documented in Petitioner's "Response To Fraud Document #41 Page ID #143"; verify.