UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MELL T. BRUTON | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:08-0952 |
| | ] | JUDGE HAYNES |
| TOMMY MILLS, WARDEN, et al. | ] | |
| Respondents. | ] | |

## ORDER

Petitioner has filed a Notice of Appeal (Docket Entry No.87). He has yet, however, to either pay the fee required for the filing of his appeal or submit an application to proceed on appeal *in forma pauperis*.

Accordingly, Petitioner is **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to submit to the Clerk of this Court either the full appellate filing fee of four hundred fifty five dollars ($455) or an application to proceed on appeal *in forma pauperis*.

It is so **ORDERED**.

ENTERED this the 29th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge